**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____ 05 - CV - 02137-oes

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2005

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

THOMAS GONZALES, #1459608,

      Plaintiff,

v.

GOVERNOR BILL OWENS,
MAYOR HICKENLOOPER,
OFFICE OF THE STATE PUBLIC DEFENDER,
DAVID KAPLAN,
CHARLIE GARCIA,
DENVER COUNTY SHERRIF [sic] AND UNDERSHERRIF [sic],
DENVER COUNTY JAIL AND CITY JAIL,
DIRECTOR OF CORRECTIONS FRED OLIVA,
DR. PETER CRUM,
BETH LINDROOS, HSA,
DR. HIRSH AND COMPLETE MEDICAL STAFF,
JOHN DOE & JANE DOE 1-100,
CHEIF [sic] FOOS,
MAJOR WILSON,
DR. HIGGENS,
NURSE JOE,
NURSE JACK,
NURSE ROSIE,
NURSE HENRY,
NURSE SUSIE,
SGT. BROWN,
SGT. BULTER,
DEPUTY PEREZ (female),
DEPUTY MURRAY,
DEPUTY HALL,
STATE BOARD OF NURSING,
NANCY SMITH, Ph.D., R.N.,
DENNIS CLENIN,
DEPARTMENT OF REGULATON [sic] ANGENCIES [sic],
TAMBOR WILLIAMS,
DIVISON [sic] OF REGISTRATITION [sic],

ROSEMARY MCCOOL,
DEPUTY BUSH,
DEPUTY ESCABEL,
STEWART KITCHEN STAFF,
FRANKIE JOHNSON,
STEWART DEAN,
STEWART HERMAN AND KITCHEN STAFF CITY AND COUNTY 1-10,
LAW LIBRARY DEPUTY LOPEZ,
DENVER COUNTY AND CITY,
SHERRIF [sic] DEPT. OFFICER AND STAFF INVOLVED IN THIS ACTION ARE NOT
       CURRENTLY KNOW BY NAME BUT WILL BE DETAILED,
COLORADO OFFICE OF THE STATE DISTRICT ATTORNEY SECOND JUDICIAL
       DISTRICT,
MITCH MORRISSEY AND UNDER SIGNED DEPUTY DA JOHN DOE,
DEPUTY BUSH, and
JANE DOE 1-100,

       Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the

court in an envelope that also contained individual *in forma pauperis* motions from a

number of other inmates at the Denver County Jail. The court has determined that the

documents is deficient as described in this order. Notwithstanding the deficiencies, the

clerk of the court will be directed to commence a civil action. Plaintiff will be directed to

cure the following if he wishes to pursue his claims. Any papers which the plaintiff files

in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    __    is not submitted
(2)    __    is missing affidavit

2

(3)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner
(6)   __   is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint, petition or habeas application
(8)   __   An original and a copy have not been received by the court. Only an original has been received.
(9)   __   other _____

**Complaint, Petition or Application:**
(10)  xx   is not submitted
(11)  __   is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. ___
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   An original and a copy have not been received by the court. Only an original has been received.
(16)  __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  __   names in caption do not match names in text
(18)  __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the plaintiff files

in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order,** the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _25_ day of _OctobeR_ ___, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 02137 - OFS

Thomas Gonzales
Prisoner No. 1459608
Denver County Jail
PO Box 1108
Denver, CO 80201


    I hereby certify that I have mailed a copy of the **ORDER** and **two copies of Prisoner Complaint** to the above-named individuals on _10250J_ .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk